(Official Form 1)  (04/07)

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>Northern District of Illinois</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle): **Daniels, William H.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **William Daniels** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **5563** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **15137 Paulina Street Harvey, IL**  ZIPCODE **60426-3020** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):  ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) **Box 2973 Country Club Hills, IL**  ZIPCODE **60478-8973** | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br><br>☑ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td><b>Chapter of Bankruptcy Code Under Which the Petition is Filed</b> (Check <b>one</b> box.)<br><br>☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☑ Chapter 13     Recognition of a Foreign<br>             Nonmain Proceeding<br><br><b>Nature of Debts</b><br>(Check one box)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>   debts, defined in 11 U.S.C.      business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose."</td>
</tr>
<tr>
<td colspan="2"><b>Filing Fee</b> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors:</b><br><b>Check one box:</b><br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><b>Check if:</b><br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><b>Check all applicable boxes:</b><br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

(Official Form 1)  (04/07)                                                                 FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Daniels, William H.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Timothy K. Liou*                                              **7/31/07**<br> Signature of Attorney for Debtor(s)                           Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

  ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1)  (04/07)**                                                                                    **FORM B1**, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Daniels, William H.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William H. Daniels**
_____
Signature of Debtor                                **William H. Daniels**

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 31, 2007**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

X
_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X  **/s/ Timothy K. Liou**
_____
Signature of Attorney for Debtor(s)

**Timothy K. Liou  06229724**
_____
Printed Name of Attorney for Debtor(s)

**Law Office Of Timothy K. Liou Suite 361**
_____
Firm Name

**575 West Madison Street**
_____
Address

**Chicago, IL  60661-2614**
_____

**(312) 474-7000**
_____
Telephone Number

**July 31, 2007**
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Daniels, William H.
Box 2973
Country Club Hills, IL  60478-8973

Arnold C. Scott Harris, P.C.
Suite 710
600 West Jackson Blvd
Chicago, IL  60661

CB Accounts, Inc.
1101 Main Street
Peoria, IL  61606

Law Office Of Timothy K. Liou
Suite 361
575 West Madison Street
Chicago, IL  60661-2614

Asset Acceptance LLC
Box 2036
Warren, MI  48090

CB USA, Inc
55252 Hohman Avenue
Hammond, IN  46320

Account Management Service
Box 19617
Indianapolis, IN  46219-0617

Asset Management Out
401a Pilot Court
Waukesha, WI  53188

CBCS
Suite E
4764 Fulton St
Ada, MI  49301

Advocate Health Care
South Suburban Hospital
22091 Network Place
Chicago, IL  60673-1220

Associated Laboratory Physicians
C/O Asset Management Out
401a Pilot Court
Waukesha, WI  53188

CBCS
4764 Fulton St E
Ada, MI  49301

Advocate South Suburban Hospital
22091 Network Place
Chicago, IL  60673-1220

Baker, MIller, Markoff & Kransny
29 N Wacker Drive 5th Floor
Chicago, IL  60606

CBCS
Box 165025
Columbus, OH  43216-5025

Advocate South Suburban Hospital
17800 Kedzie Avenue
Hazel Crest, IL  60429

Burdyke Co
Box 16
525 E 162nd Street
South Holland, IL  60473

CFC Deficiency Recover
Suite 140
5225 Crooks Road
Troy, MI  48098

Afni
Box 3427
Bloomington, IL  61702

Calumet Dermatology Association
C/O RMI/ MCSI
3348 Ridge Road
Lansing, IL  60438

Chase Manhattan Mortgage
10790 Rancho Bernardo Rd
San Diego, CA  92127

Allied Interstate
5th Floor
3000 Corporate Exchange Drive
Columbus, OH  43231

Capital Management Services
Suite 700
726 Exchange Street
Buffalo, NY  14210

Chiles And Associates
Suite 207
1737 South Naperville
Wheaton, IL  60187

American Freedom Insurance Company
559 West Golf Road
Arlington Heights, IL  60005

Cardiac Consulting Group, S. C.
Lower Level
4647 West Lincoln Highway
Matteson, IL  60443

Christopher T. Kardasis MD., S. C.
Doctors Pavillion Suite 1200
17850 South Kedzie Avenue
Hazel Crest, IL  60429

Amsher Collection
Suite 300
600 Beacon Pkwy We
Birmingham, AL  35209

CB Accounts, Inc.
1101 Main St Suite
Peoria, IL  61606

Chrysler Financial Corp.
Suite 500
901 Warrenville Road
Lisle, IL  60532

**Chrysler Financial Corp.**
**Box 2993**
**Milwaukee, WI 53201-2993**

**Collecto/ Credit PAC**
**Box 608**
**Tinley Park, IL 60477-0608**

**Diversified Company**
**Suite 204**
**3701 South Lindber**
**Saint Louis, MO 63127**

**Cingular Wireless**
**2000 West SBC Center Drive**
**Hoffman Estates, IL 60195-5005**

**Credit Acceptance**
**Po Box 513**
**Southfield, MI 48037**

**Enterprise Rent A Car**
**C/O CB USA, Inc.**
**55252 Hohman Avenue**
**Hammond, IN 46320**

**City Of Chicago Dept Of Rev**
**Bureau Of Parking Bankrptcy**
**333 South State St Rm LL 30**
**Chicago, IL 60604**

**Crossroads Apartments**
**C/O Harvard Collection**
**4839 N Elston Avenue**
**Chicago, IL 60630**

**Financial Recovery Services, Inc.**
**Box 385908**
**Minneapolis, MN 55438-5908**

**City of Country Club Hills**
**C/O Collection Co. Of America**
**700 Longwater Drive**
**Norwell, MA 02061**

**D & N Bank**
**Suite B**
**1504 West Washington Street**
**Marquette, MI 49855**

**Francis J. Phelan**
**Attorney At Law**
**559 West Golf Road**
**Arlington Heights, IL 60005**

**City of Country Club Hills**
**C/O RMI/ MCSI**
**3348 Ridge Road**
**Lansing, IL 60438**

**D. Patrick Mullarkey**
**Tax Division (DOJ)**
**Box 55 Ben Franklin Station**
**Washington, DC 20044**

**Gary Drust**
**C/O Statefarm Insurance Company**
**2702 Ireland Grove Road**
**Bloomington, IL 61702**

**City Of Country Club Hills**
**Box 1368**
**Elmhurtst, IL 60126**

**Daimler Chrysler**
**Box 551080**
**Jacksonville, FL 32255**

**Gary W. Drust**
**C/O Chiles & Associates**
**1737 South Naperville Road, Suite 207**
**Wheaton, IL 60187**

**City Of Country Club Hills**
**C/O Collecto/ Credit PAC**
**Box 608**
**Tinley Park, IL 60477-0608**

**Department Of Administrative Hearings**
**Suite 1200**
**17 North State Street**
**Chicago, IL 60602**

**Harlem Furniture**
**C/O Allied Interstate**
**3000 Corporate Exchange Drive, 5th Floor**
**Columbus, OH 43231**

**City Of Country Club Hills**
**C/O Municipal Collection Services, Inc.**
**Box 1022**
**Wixom, MI 48393-1022**

**Dependon Collection Service**
**Suite 210**
**7627 W Lake Street**
**River Forest, IL 60305**

**Harvard Collection**
**4839 N Elston Avenue**
**Chicago, IL 60630**

**Collect System**
**Suite 618**
**8 South Michigan**
**Chicago, IL 60603**

**District Counsel**
**Internal Rev Svc, Ste 2300**
**200 West Adams Street**
**Chicago, IL 60606-5208**

**Household Credit Services**
**Box 88000**
**Baltimore, MD 21288**

**Collection Co America**
**700 Longwater Drive**
**Norwell, MA 02061**

**District Director**
**Internal Revenue Service**
**Stop 5016, 230 South Dearborn Street**
**Chicago, IL 60604**

**HSBC Bank Nevada**
**Box 5244**
**Carol Stream, IL 60197**

**HSBC Card Services**
**Box 81622**
**Salinas, CA  93912**

**Jessie White**
**Secretary Of State**
**Springfield, IL  62756**

**MRSI**
**Suite 352**
**2250 E Devon Avenue**
**Des Plaines, IL  60018**

**HSBC Retail Services**
**Box 4144**
**Carol Stream, IL  60197**

**Joel Akroush, D. D. S.**
**9729 South Harlem Avenue**
**Bridgeview, IL  60455**

**Mutual Hospital Services**
**2525 N Shadeland Ave Ste**
**Indianapolis, IN  46219**

**Illinois Deparment Of Transportation**
**Division Of Traffic Safety**
**3215 Executive Park Drive**
**Springfield, IL  62766-0001**

**Law Offices Of Mathein & Rostoker**
**662 West Grand Avenue**
**Chicago, IL  60610**

**Neurology Associates, Ltd.**
**C/O Robert G Michaels  And  Associates**
**4749 Lincoln Mall Drive**
**Matteson, IL  60443**

**Illinois Deparment Of Transportation**
**Accident Report Office**
**3215 Executive Park Drive**
**Springfield, IL  62766**

**Linebarger Goggan Blair & Sampson LLP**
**35946 Eagle Way**
**Chicago, IL  60678-1359**

**New Lenox Fire And Ambulance**
**C/O Andres Medical Billing**
**Box 457**
**Wheeling, IL  60090**

**Illinois Department Of Revenue**
**Level 7 425 BK**
**100 West Randolph**
**Chicago, IL  60601**

**Linebarger Goggan Blair & Sampson, LLP**
**Box 06268**
**Chicago, IL  60606**

**Northstar Location Services, LLC**
**4285 Genesee Street**
**Cheektowaga, NY  14225-1943**

**Illinois Department Of Transportation**
**Division Of Traffic Safety**
**3215 Executive Park Drive**
**Springfield, IL  62766-0001**

**Louella Johnson**
**319 East 79th Street**
**Chicago, IL  60619**

**Oak Forest Hospital**
**Patient Accounting**
**15900 South Cicero Avenue**
**Oak Forest, IL  60452**

**Imperial Credit Systems, Inc.**
**125 N Parkside Drive, Suite 302**
**Colorado Springs, CO  80909**

**LVNV Funding LLC**
**P.O. Box 10497**
**Greenville, SC  29603-0584**

**Oak Lawn Radiology Imaging Consultants**
**37241 Eagle Way**
**Chicago, IL  60678-1372**

**Ingalls Hospital**
**One Ingalls Drive**
**Harvey, IL  60426**

**LVNV Funding, L.L.C.**
**C/O Allied Interstate**
**3000 Corporate Exchange Drive, 5th Floor**
**Columbus, OH  43231**

**Office Of The Secretary Of State**
**Department Of Administrative Hearings**
**Howlett Building, Room 212**
**Springfield, IL  62756**

**Ingalls Hospital**
**Box 75608**
**Chicago, IL  60675-5608**

**Medical Collections System**
**Suite 700**
**725 South Wells Avenue**
**Chicago, IL  60607**

**Pellettieri**
**991 Oak Creek Dr**
**Lombard, IL  60148**

**Ingalls Memorial Hospital**
**One Ingalls Drive**
**Harvey, IL  60426**

**Medical Collections System**
**Suite 700**
**725 South  Wells Avenue**
**Chicago, IL  60607**

**Pellettieri**
**991 Oak Creek Drive**
**Lombard, IL  60148**

**Pellettieri & Associates, LTD**
991 Oak Creek Drive
Lombard, IL  60148-6408

**Resurgent Capital Services**
Box 10587
Greenville, SC  29603

**South Suburban Hospital**
C/O MRSI
2250 E Devon Ave, Suite 352
Des Plaines, IL  60018

**Pellettieri And Associates, Ltd.**
Box 505
Linden, MI  48451-0505

**RMI/ MCSI**
3348 Ridge Road
Lansing, IL  60438

**South Suburban Hosptal**
17800 Kedzie Avenue
Hazel Crest, IL  60429

**Pellettieri And Associates, Ltd.**
991 Oak Creek Drive
Lombard, IL  60148

**Robert G Michaels  And  Associates**
4749 Lincoln Mall Drive
Matteson, IL  60443

**Southwest Laboratory Physicians, S. C.**
Dept. 77-9288
Chicago, IL  60678-9288

**Primary Care Partners**
Lower Level
4647 West Lincoln Highway
Matteson, IL  60443

**Safety And Financial Responsibility Sect**
2701 South Dirksen Parkway
Springfield, IL  62723

**Southwest Laboratory Physicians, S.C.**
Dept. 77-9288
Chicago, IL  60678-9288

**Primary Care Partners**
4647 West Linclon Hwy
Matteson, IL  60443

**Safeway Insurance Company**
790 Pasquinelli Drive
Westmont, IL  60559

**SSC**
C/O RMI/ MCSI
3348 Ridge Road
Lansing, IL  60438

**Quest Diagnostics**
Box 64804
Baltimore, MD  21264-4804

**SBC**
Consumer Bankruptcy Center
Box 769
Arlington, TX  76004-0769

**St. James Hospital**
C/O Mutual Hospital Services
2525 N Shadeland Ave Ste
Indianapolis, IN  46219

**Radiology Center, S. C.**
C/O Medical Collections System
725 South  Wells Avenue, Suite 700
Chicago, IL  60607

**Sears Roebuck & Company**
Box 20363
Kansas City, MO  64195-0363

**St. Margaret Mercy**
C/O CB Accounts, Inc.
1101 Main St Suite
Peoria, IL  61606

**Radiology Imaging Consultants**
C/O Medical Collections System
725 South Wells Avenue, Suite 700
Chicago, IL  60607

**Sherman Acquisitions**
Po Box 740281
Houston, TX  77274

**St. Margaret Mercy Healthcare**
35682 Eagle Way
Chicago, IL  60678

**Receivables Management, Inc.**
Box 1022
Wixom, MI  48393-1022

**South Park Dental Care**
Kenneth Johnson, DDS
438 East 162nd Street
South Holland, IL  60473

**St. Margaret Mercy Hospital**
C/O Mutual Hospital Collection
2525 North Shadeland, Suite 101
Indianapolis, IN  46219

**Republic Bank**
G3200 Beecher Rd
Flint, MI  48532

**South Suburban Hospital**
17800 Kedzie Avenue
Hazel Crest, IL  60429

**St. Margaret Mercy Medical**
C/O CB Accounts, Inc.
1101 Main St Suite
Peoria, IL  61606

**St. Margaret Mercy Medical**
**C/O CB Accounts, Inc.**
**1101 Main Street**
**Peoria, IL  61606**

**Van Ru Credit**
**10024 Skokie Blvd**
**Skokie, IL  60077**

**State Farm Insurance Companies**
**Auto Claim Central**
**2702 Ireland Grove Road, Box 2308**
**Bloomington, IL  61702**

**State Farm Insurance Company**
**Illinois Office**
**2702 Ireland Grove Road**
**Bloomington, IL  61709-0001**

**Steven Heath**
**17618 Baker**
**Country Club Hills, IL  60478**

**Suburban Emergency Physicians**
**C/O Diversified Company**
**3701 South Lindber, Suite 204**
**Saint Louis, MO  63127**

**Suburban Emergency Physicians**
**Box 2729**
**Carol Stream, IL  60132-0001**

**T-Mobile**
**Box 742596**
**Cincinnati, OH  45274-2596**

**The South Suburban Council Of**
**Alchoholism And Substance Abuse**
**1909 Checker Square**
**East Hazel Crest, IL  60429**

**Tiburon Financial, LLC**
**218A South 108th Avenue**
**Omaha, NE  68154-2631**

**United States Attorney**
**219 South Dearborn Street**
**Chicago, IL  60604**

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**

Case No. _____

Daniels, William H.

Chapter **13**
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **129**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 31, 2007**_____   */s/ William H. Daniels*_____
                                             Debtor

_____
Joint Debtor

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                          Case No. _____

**Daniels, William H.**                                            Chapter **13** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **954.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **2,546.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **Services as provided in attached Attorney Fee Agreement.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation pursuant to Sec. 523 shall be billed at $295.00 per hour.**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          **/s/ Timothy K. Liou**
**July 31, 2007**               _____
Date                            Signature of Attorney

                                **Law Office Of Timothy K. Liou Suite 361**
                                _____
                                Name of Law Firm

---

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                Case No. _____

**Daniels, William H.**                                             Chapter **13** _____
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **_/s/ William H. Daniels_** _____

Date: **July 31, 2007** _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Daniels, William H.** _____
Printed Name(s) of Debtor(s)

**X** */s/ William H. Daniels*                    **7/31/2007**
Signature of Debtor                                Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)                Date

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Summary (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                      Case No. _____

**Daniels, William H.** _____   Chapter **13** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 285,000.00 | | |
| B - Personal Property | Yes | 2 | $ 12,400.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 173,945.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 3,769.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $ 157,638.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,318.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,364.00 |
| TOTAL | | 39 | $ 297,400.00 | $ 335,354.01 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

Official Form 6 - Statistical Summary (10/06)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                               Case No. _____

**Daniels, William H.** _____   Chapter **13** _____
                           Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 3,769.58 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 3,769.58 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,318.30 |
| Average Expenses (from Schedule J, Line 18) | $ 3,364.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 4,980.72 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 3,769.58 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 157,638.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 157,638.73 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

**IN RE** **Daniels, William H.**
_____
Debtor(s)

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single-family residence commonly known as 4935 West 187th Street, Country Club Hills, IL 60478** | **Tenancy in common** | **J** | **285,000.00** | **168,914.00** |
| | | **TOTAL** | **285,000.00** | |

(Report also on Summary of Schedules)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Daniels, William H.</u>

Debtor(s)

Case No. _____

## SCHEDULE A - REAL PROPERTY
### Continuation Sheet - Page 1 of 1

**Chapter 7 Liquidation Analysis/ Equity Analysis**

**Value of primary residence = $280,450.00**

**Minus:**

    **Mortgage on primary residence = $168,914.00**

    **Costs of sale at 10% of sale price (includes customary selling broker's commission, real estate tax prorations, title insurance, survey, and the like) = $28,045.00**

**Minus joint tenant's 1/2 share = $41,745.50**

**Net to unsecured creditors in liquidation = $41,745.50**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Daniels, William H.**                                    Case No. _____
_____
           Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account held by MB Financial Bank** | | 700.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous depreciated household goods and furnishings** | | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel and shoes** | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | | **Qualified pension held by employer** | | 4,500.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Daniels, William H.**                                        Case No. _____
                   Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Ford Escort with 76k miles** | | 6,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL    **12,400.00**

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

**Official Form 6C  (04/07)**

**IN RE** Daniels, William H.                                                      Case No. _____
                          Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking account held by MB Financial Bank** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **Miscellaneous depreciated household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Necessary wearing apparel and shoes** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Qualified pension held by employer** | **735 ILCS 5/12-1001(g)(4)** | **4,500.00** | **4,500.00** |
| **1992 Ford Escort with 76k miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,500.00** |
| | **735 ILCS 5/12-1001(b)** | **2,800.00** | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Official Form 6D (10/06)

IN RE **Daniels, William H.** _____    Case No. _____
                Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20002226**<br>**Chase Manhattan Mortgage**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA  92127** | X | | **Mortgage on Debtor's primary residence; co-obligor to pay outside of the plan**<br><br>VALUE $ **285,000.00** | | | | **168,914.00** | |
| ACCOUNT NO. **420685413**<br>**Republic Bank**<br>**G3200 Beecher Rd**<br>**Flint, MI  48532** | | | **Title to 1992 Ford Escort; contractual monthly payment was $150.00**<br><br>VALUE $ **6,500.00** | | | | **5,031.70** | |
| ACCOUNT NO.<br>**D & N Bank**<br>**Suite B**<br>**1504 West Washington Street**<br>**Marquette, MI  49855** | | | **Assignee or other notification for: Republic Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

|  |  |  |  |
|---|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | $ **173,945.70** | $ |
| | Total<br>(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **173,945.70** | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Daniels, William H. _____    Case No. _____
_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

   ___**1** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

Official Form 6E (04/07) - Cont.

IN RE Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5563**<br><br>**District Director**<br>**Internal Revenue Service**<br>**Stop 5016, 230 South Dearborn Street**<br>**Chicago, IL 60604** | | | **2006 federal income taxes** | | | | **3,426.24** | **3,426.24** | |
| ACCOUNT NO.<br><br>**D. Patrick Mullarkey**<br>**Tax Division (DOJ)**<br>**Box 55 Ben Franklin Station**<br>**Washington, DC 20044** | | | **Assignee or other notification for:**<br>**District Director** | | | | | | |
| ACCOUNT NO.<br><br>**District Counsel**<br>**Internal Rev Svc, Ste 2300**<br>**200 West Adams Street**<br>**Chicago, IL 60606-5208** | | | **Assignee or other notification for:**<br>**District Director** | | | | | | |
| ACCOUNT NO.<br><br>**United States Attorney**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | | | **Assignee or other notification for:**<br>**District Director** | | | | | | |
| ACCOUNT NO. **xxx-xx-5563**<br><br>**Illinois Department Of Revenue**<br>**Level 7 425 BK**<br>**100 West Randolph**<br>**Chicago, IL 60601** | | | **2006 state income taxes** | | | | **343.34** | **343.34** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,769.58** $ **3,769.58** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **3,769.58**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,769.58** $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06)

IN RE Daniels, William H.                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **406486290**<br><br>**Advocate Health Care**<br>**South Suburban Hospital**<br>**22091 Network Place**<br>**Chicago, IL  60673-1220** | | | medical service | | | | **1,148.00** |
| ACCOUNT NO. **4707880012**<br><br>**Advocate South Suburban Hospital**<br>**22091 Network Place**<br>**Chicago, IL  60673-1220** | | | medical service | | | | **52.10** |
| ACCOUNT NO. **406905182**<br><br>**Advocate South Suburban Hospital**<br>**17800 Kedzie Avenue**<br>**Hazel Crest, IL  60429** | | | Hospital Service | | | | **304.48** |
| ACCOUNT NO. **55680191**<br><br>**Associated Laboratory Physicians**<br>**C/O Asset Management Out**<br>**401a Pilot Court**<br>**Waukesha, WI  53188** | | | medical service | | | | **113.00** |

_____ **26** continuation sheets attached

Subtotal (Total of this page) $ **1,617.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asset Management Out**<br>**401a Pilot Court**<br>**Waukesha, WI  53188** | | | Assignee or other notification for:<br>**Associated Laboratory Physicians** | | | | |
| ACCOUNT NO. **06chr**<br>**Burdyke Co**<br>**Box 16**<br>**525 E 162nd Street**<br>**South Holland, IL  60473** | | | collection | | | | 900.00 |
| ACCOUNT NO. **23232**<br>**Calumet Dermatology Association**<br>**C/O RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | medical service | | | | 284.00 |
| ACCOUNT NO.<br>**RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | Assignee or other notification for:<br>**Calumet Dermatology Association** | | | | |
| ACCOUNT NO. **28 G20469**<br>**Cardiac Consulting Group, S. C.**<br>**Lower Level**<br>**4647 West Lincoln Highway**<br>**Matteson, IL  60443** | | | medical service | | | | 35.00 |
| ACCOUNT NO. **1002680207**<br>**CFC Deficiency Recover**<br>**Suite 140**<br>**5225 Crooks Road**<br>**Troy, MI  48098** | | | deficiency after repossession sale of 2002<br>Chrysler Town & Country | | | | 14,951.14 |
| ACCOUNT NO.<br>**Chrysler Financial Corp.**<br>**Suite 500**<br>**901 Warrenville Road**<br>**Lisle, IL  60532** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |

Sheet no. ____**1**____ of ____**26**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **16,170.14** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H. _____    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Daimler Chrysler<br>Box 551080<br>Jacksonville, FL 32255** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |
| ACCOUNT NO.<br>**Tiburon Financial, LLC<br>218A South 108th Avenue<br>Omaha, NE 68154-2631** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |
| ACCOUNT NO. **1002573461**<br>**CFC Deficiency Recover<br>Suite 140<br>5225 Crooks Road<br>Troy, MI 48098** | | | **total loss** | | | | **3,612.38** |
| ACCOUNT NO.<br>**Chrysler Financial Corp.<br>Suite 500<br>901 Warrenville Road<br>Lisle, IL 60532** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |
| ACCOUNT NO.<br>**Chrysler Financial Corp.<br>Box 2993<br>Milwaukee, WI 53201-2993** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |
| ACCOUNT NO.<br>**Daimler Chrysler<br>Box 551080<br>Jacksonville, FL 32255** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |
| ACCOUNT NO.<br>**Northstar Location Services, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943** | | | Assignee or other notification for:<br>**CFC Deficiency Recover** | | | | |

Sheet no. ___**2**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,612.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.

_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5563**<br>**Christopher T. Kardasis MD., S. C.**<br>**Doctors Pavillion Suite 1200**<br>**17850 South Kedzie Avenue**<br>**Hazel Crest, IL  60429** | | | medical service | | | | 125.00 |
| ACCOUNT NO. **2005212101**<br>**Cingular Wireless**<br>**2000 West SBC Center Drive**<br>**Hoffman Estates, IL  60195-5005** | | | cellular phone service | | | | 165.00 |
| ACCOUNT NO.<br>**Afni**<br>**Box 3427**<br>**Bloomington, IL  61702** | | | Assignee or other notification for:<br>Cingular Wireless | | | | |
| ACCOUNT NO. **D542-9285-5043**<br>**City Of Chicago Dept Of Rev**<br>**Bureau Of Parking Bankrptcy**<br>**333 South State St Rm LL 30**<br>**Chicago, IL  60604** | | | parking citation(s) | | | | 410.00 |
| ACCOUNT NO.<br>**Arnold C. Scott Harris, P.C.**<br>**Suite 710**<br>**600 West Jackson Blvd**<br>**Chicago, IL  60661** | | | Assignee or other notification for:<br>City Of Chicago Dept Of Rev | | | | |
| ACCOUNT NO.<br>**Linebarger Goggan Blair & Sampson LLP**<br>**35946 Eagle Way**<br>**Chicago, IL  60678-1359** | | | Assignee or other notification for:<br>City Of Chicago Dept Of Rev | | | | |
| ACCOUNT NO. **7577631**<br>**City of Country Club Hills**<br>**C/O Collection Co. Of America**<br>**700 Longwater Drive**<br>**Norwell, MA  02061** | | | collection | | | | 250.00 |

Sheet no. **3** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 950.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Daniels, William H.**                                                                                    Case No. _____
                                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Collection Co America** <br> **700 Longwater Drive** <br> **Norwell, MA  02061** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **06142** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | 250.00 |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **50225** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | 250.00 |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **51959** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | 250.00 |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |

Sheet no. _____**4**_____ of _____**26**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **750.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H. _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **51398**<br>**City of Country Club Hills**<br>**C/O RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO.<br>**RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | Assignee or other notification for:<br>City of Country Club Hills | | | | |
| ACCOUNT NO. **51531**<br>**City of Country Club Hills**<br>**C/O RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO.<br>**RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | Assignee or other notification for:<br>City of Country Club Hills | | | | |
| ACCOUNT NO. **51563**<br>**City of Country Club Hills**<br>**C/O RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO.<br>**RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | Assignee or other notification for:<br>City of Country Club Hills | | | | |
| ACCOUNT NO. **56017**<br>**City of Country Club Hills**<br>**C/O RMI/ MCSI**<br>**3348 Ridge Road**<br>**Lansing, IL  60438** | | | collection | | | | **250.00** |

Sheet no. ___**5**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Daniels, William H.** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **52834** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **58313** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |
| ACCOUNT NO. **51314** <br> **City of Country Club Hills** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | **250.00** |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: <br> **City of Country Club Hills** | | | | |

Sheet no. **6** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **750.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.                                    Case No. _____
_____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **225-000570**<br>**City Of Country Club Hills**<br>**Box 1368**<br>**Elmhurtst, IL  60126** | | | medical service | | | | **382.00** |
| ACCOUNT NO. **5550084**<br>**City Of Country Club Hills**<br>**C/O Collecto/ Credit PAC**<br>**Box 608**<br>**Tinley Park, IL  60477-0608** | | | medical service | | | | **500.00** |
| ACCOUNT NO.<br>**Collecto/ Credit PAC**<br>**Box 608**<br>**Tinley Park, IL  60477-0608** | | | Assignee or other notification for:<br>City Of Country Club Hills | | | | |
| ACCOUNT NO. **806142**<br>**City Of Country Club Hills**<br>**C/O Municipal Collection Services, Inc.**<br>**Box 1022**<br>**Wixom, MI  48393-1022** | | | parking citation | | | | **250.00** |
| ACCOUNT NO. **3654165**<br>**Credit Acceptance**<br>**Po Box 513**<br>**Southfield, MI  48037** | | | total loss of 2000 Buick Regal | | | | **5,237.00** |
| ACCOUNT NO.<br>**Baker, MIller, Markoff & Kransny**<br>**29 N Wacker Drive 5th Floor**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>Credit Acceptance | | | | |
| ACCOUNT NO. **7356211**<br>**Crossroads Apartments**<br>**C/O Harvard Collection**<br>**4839 N Elston Avenue**<br>**Chicago, IL  60630** | | | collection | | | | **581.00** |

Sheet no. _____**7**___ of ____**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,950.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Harvard Collection**<br>**4839 N Elston Avenue**<br>**Chicago, IL  60630** | | | Assignee or other notification for:<br>**Crossroads Apartments** | | | | |
| **ACCOUNT NO. 638136**<br>**Enterprise Rent A Car**<br>**C/O CB USA, Inc.**<br>**55252 Hohman Avenue**<br>**Hammond, IN  46320** | | | **collection** | | | | **250.00** |
| **ACCOUNT NO.**<br>**CB USA, Inc**<br>**55252 Hohman Avenue**<br>**Hammond, IN  46320** | | | Assignee or other notification for:<br>**Enterprise Rent A Car** | | | | |
| **ACCOUNT NO. 05 M6 5701**<br>**Gary W. Drust**<br>**C/O Chiles & Associates**<br>**1737 South Naperville Road, Suite 207**<br>**Wheaton, IL  60187** | | | **Auto Accident** | | | | **3,012.07** |
| **ACCOUNT NO.**<br>**State Farm Insurance Companies**<br>**Auto Claim Central**<br>**2702 Ireland Grove Road, Box 2308**<br>**Bloomington, IL  61702** | | | Assignee or other notification for:<br>**Gary W. Drust** | | | | |
| **ACCOUNT NO. 0606856805188433**<br>**Harlem Furniture**<br>**C/O Allied Interstate**<br>**3000 Corporate Exchange Drive, 5th Floor**<br>**Columbus, OH  43231** | | | **PMSI furniture** | | | | **3,458.39** |
| **ACCOUNT NO.**<br>**Household Credit Services**<br>**Box 88000**<br>**Baltimore, MD  21288** | | | Assignee or other notification for:<br>**Harlem Furniture** | | | | |

Sheet no. **8** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,720.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H. _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HSBC Bank Nevada**<br>**Box 5244**<br>**Carol Stream, IL 60197** | | | **Assignee or other notification for:**<br>**Harlem Furniture** | | | | |
| ACCOUNT NO.<br>**HSBC Card Services**<br>**Box 81622**<br>**Salinas, CA 93912** | | | **Assignee or other notification for:**<br>**Harlem Furniture** | | | | |
| ACCOUNT NO.<br>**HSBC Retail Services**<br>**Box 4144**<br>**Carol Stream, IL 60197** | | | **Assignee or other notification for:**<br>**Harlem Furniture** | | | | |
| ACCOUNT NO.<br>**LVNV Funding, L.L.C.**<br>**C/O Allied Interstate**<br>**3000 Corporate Exchange Drive, 5th Floor**<br>**Columbus, OH 43231** | | | **Assignee or other notification for:**<br>**Harlem Furniture** | | | | |
| ACCOUNT NO. **348002**<br>**Imperial Credit Systems, Inc.**<br>**125 N Parkside Drive, Suite 302**<br>**Colorado Springs, CO 80909** | | | **Collection for Chrysler** | | | | **14,951.14** |
| ACCOUNT NO. **21070030468**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL 60426** | | | **medical service** | | | | **5,127.00** |
| ACCOUNT NO.<br>**CBCS**<br>**Suite E**<br>**4764 Fulton St**<br>**Ada, MI 49301** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |

Sheet no. ___**9**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ **20,078.14** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **21070030677**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **176.00** |
| ACCOUNT NO.<br>**CBCS**<br>**4764 Fulton St E**<br>**Ada, MI  49301** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |
| ACCOUNT NO. **3366276**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **281.12** |
| ACCOUNT NO.<br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |
| ACCOUNT NO.<br>**Pellettieri And Associates, Ltd.**<br>**Box 505**<br>**Linden, MI  48451-0505** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |
| ACCOUNT NO. **3274270**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **234.00** |
| ACCOUNT NO.<br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |

Sheet no. **10** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **691.12**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.                                                    Case No. _____
                                  Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **200100349998**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **150.00** |
| ACCOUNT NO.<br>**Van Ru Credit**<br>**10024 Skokie Blvd**<br>**Skokie, IL  60077** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |
| ACCOUNT NO. **200400453078**<br>**Ingalls Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **136.00** |
| ACCOUNT NO.<br>**Van Ru Credit**<br>**10024 Skokie Blvd**<br>**Skokie, IL  60077** | | | **Assignee or other notification for:**<br>**Ingalls Hospital** | | | | |
| ACCOUNT NO. **200701178283**<br>**Ingalls Hospital**<br>**Box 75608**<br>**Chicago, IL  60675-5608** | | | **Hospital service** | | | | **548.00** |
| ACCOUNT NO. **185301245935**<br>**Ingalls Memorial Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | **medical service** | | | | **411.00** |
| ACCOUNT NO.<br>**Dependon Collection Service**<br>**Suite 210**<br>**7627 W Lake Street**<br>**River Forest, IL  60305** | | | **Assignee or other notification for:**<br>**Ingalls Memorial Hospital** | | | | |

Sheet no. ___**11**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,245.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **200200734040**<br>**Ingalls Memorial Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | medical service | | | | **5,501.00** |
| ACCOUNT NO.<br>**Van Ru Credit**<br>**10024 Skokie Blvd**<br>**Skokie, IL  60077** | | | Assignee or other notification for:<br>Ingalls Memorial Hospital | | | | |
| ACCOUNT NO. **200502405406**<br>**Ingalls Memorial Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | medical service | | | | **6,469.77** |
| ACCOUNT NO.<br>**CBCS**<br>**Box 165025**<br>**Columbus, OH  43216-5025** | | | Assignee or other notification for:<br>Ingalls Memorial Hospital | | | | |
| ACCOUNT NO. **200600468355**<br>**Ingalls Memorial Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | medical service | | | | **234.00** |
| ACCOUNT NO.<br>**Pellettieri & Associates, LTD**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148-6408** | | | Assignee or other notification for:<br>Ingalls Memorial Hospital | | | | |
| ACCOUNT NO. **200600771378**<br>**Ingalls Memorial Hospital**<br>**One Ingalls Drive**<br>**Harvey, IL  60426** | | | medical service | | | | **27,914.38** |

Sheet no. **12** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **40,119.15**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **200600835397**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical service | | | | 434.00 |
| ACCOUNT NO. **200600782003**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical insurance | | | | 2,920.00 |
| ACCOUNT NO. **200502397348**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical service | | | | 419.00 |
| ACCOUNT NO.<br>**Pellettieri & Associates, LTD<br>991 Oak Creek Drive<br>Lombard, IL  60148-6408** | | | **Assignee or other notification for:<br>Ingalls Memorial Hospital** | | | | |
| ACCOUNT NO. **200601897735**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical service | | | | 196.00 |
| ACCOUNT NO. **200601053834**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical service | | | | 1,642.00 |
| ACCOUNT NO. **200400464141**<br>**Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL  60426** | | | medical service | | | | 5,303.29 |

Sheet no. **13** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,914.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CBCS<br>Box 165025<br>Columbus, OH  43216-5025** | | | **Assignee or other notification for:<br>Ingalls Memorial Hospital** | | | | |
| ACCOUNT NO. **09460**<br>**Joel Akroush, D. D. S.<br>9729 South Harlem Avenue<br>Bridgeview, IL  60455** | | | **medical service** | | | | **2,382.00** |
| ACCOUNT NO. **44531598**<br>**Laverne Holmes<br>7920 South Martin Luther King  Drive<br>Chicago, IL** | | | **Auto Accident** | | | | **2,930.00** |
| ACCOUNT NO.<br>**Illinois Department Of Transportation<br>Division Of Traffic Safety<br>3215 Executive Park Drive<br>Springfield, IL  62766-0001** | | | **Assignee or other notification for:<br>Laverne Holmes** | | | | |
| ACCOUNT NO.<br>**Safety And Financial Responsibility Sect<br>2701 South Dirksen Parkway<br>Springfield, IL  62723** | | | **Assignee or other notification for:<br>Laverne Holmes** | | | | |
| ACCOUNT NO. **61698726**<br>**Linebarger Goggan Blair & Sampson, LLP<br>Box 06268<br>Chicago, IL  60606** | | | **Hospital Service** | | | | **470.00** |
| ACCOUNT NO. **113784**<br>**Louella Johnson<br>319 East 79th Street<br>Chicago, IL  60619** | | | **auto accident; file no. 45591245** | | | | **2,927.87** |

Sheet no. **14** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **8,709.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **American Freedom Insurance Company** <br> **559 West Golf Road** <br> **Arlington Heights, IL 60005** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. <br><br> **Department Of Administrative Hearings** <br> **Suite 1200** <br> **17 North State Street** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. <br><br> **Francis J. Phelan** <br> **Attorney At Law** <br> **559 West Golf Road** <br> **Arlington Heights, IL 60005** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. <br><br> **Illinois Deparment Of Transportation** <br> **Division Of Traffic Safety** <br> **3215 Executive Park Drive** <br> **Springfield, IL 62766-0001** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. <br><br> **Jessie White** <br> **Secretary Of State** <br> **Springfield, IL 62756** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. <br><br> **Office Of The Secretary Of State** <br> **Department Of Administrative Hearings** <br> **Howlett Building, Room 212** <br> **Springfield, IL 62756** | | | **Assignee or other notification for:** <br> **Louella Johnson** | | | | |
| ACCOUNT NO. **403997** <br><br> **Neurology Associates, Ltd.** <br> **C/O Robert G Michaels And Associates** <br> **4749 Lincoln Mall Drive** <br> **Matteson, IL 60443** | | | **medical service** | | | | **95.00** |

Sheet no. **15** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **95.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE  Daniels, William H.                                      Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Robert G Michaels And Associates** <br> **4749 Lincoln Mall Drive** <br> **Matteson, IL  60443** | | | **Assignee or other notification for:** <br> **Neurology Associates, Ltd.** | | | | |
| ACCOUNT NO. **163508** <br> **New Lenox Fire And Ambulance** <br> **C/O Andres Medical Billing** <br> **Box 457** <br> **Wheeling, IL  60090** | | | **medical service** | | | | **550.00** |
| ACCOUNT NO. **1002573461** <br> **Northstar Locations Services** <br> **4285 Genesee Street** <br> **Cheektowaga, NY** | | | **Collection for chrysler** | | | | **3,612.38** |
| ACCOUNT NO. **61500450** <br> **Oak Forest Hospital** <br> **Patient Accounting** <br> **15900 South Cicero Avenue** <br> **Oak Forest, IL  60452** | | | **medical service** | | | | **135.00** |
| ACCOUNT NO. **407880012** <br> **Oak Lawn Radiology Imaging Consultants** <br> **37241 Eagle Way** <br> **Chicago, IL  60678-1372** | | | **medical service** | | | | **11.00** |
| ACCOUNT NO. **36 G20469** <br> **Primary Care Partners** <br> **Lower Level** <br> **4647 West Lincoln Highway** <br> **Matteson, IL  60443** | | | **medical service** | | | | **412.00** |
| ACCOUNT NO. **39 G20468** <br> **Primary Care Partners** <br> **Lower Level** <br> **4647 West Lincoln Highway** <br> **Matteson, IL  60443** | | | **medical service** | | | | **688.73** |

Sheet no. ___**16**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **5,409.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Daniels, William H.                                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **39 G20469** <br> **Primary Care Partners** <br> **Lower Level** <br> **4647 West Lincoln Highway** <br> **Matteson, IL  60443** | | | medical service | | | | **478.00** |
| ACCOUNT NO. **39 G20469** <br> **Primary Care Partners** <br> **Lower Level** <br> **4647 West Lincoln Highway** <br> **Matteson, IL  60443** | | | medical service | | | | **167.00** |
| ACCOUNT NO. **39 G324747** <br> **Primary Care Partners** <br> **4647 West Lincln Hwy** <br> **Matteson, IL  60443** | | | Hospital Service | | | | **89.00** |
| ACCOUNT NO. **4575118275** <br> **Quest Diagnostics** <br> **Box 64804** <br> **Baltimore, MD  21264-4804** | | | medical service | | | | **170.77** |
| ACCOUNT NO. **1491299** <br> **Radiology Center, S. C.** <br> **C/O Medical Collections System** <br> **725 South  Wells Avenue, Suite 700** <br> **Chicago, IL  60607** | | | medical service | | | | **99.00** |
| ACCOUNT NO. <br> **Medical Collections System** <br> **Suite 700** <br> **725 South  Wells Avenue** <br> **Chicago, IL  60607** | | | Assignee or other notification for: <br> Radiology Center, S. C. | | | | |
| ACCOUNT NO. **1412047** <br> **Radiology Imaging Consultants** <br> **C/O Medical Collections System** <br> **725 South Wells Avenue, Suite 700** <br> **Chicago, IL  60607** | | | medical service | | | | **101.00** |

Sheet no. **17** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,104.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Medical Collections System**<br>**Suite 700**<br>**725 South Wells Avenue**<br>**Chicago, IL  60607** | | | Assignee or other notification for:<br>**Radiology Imaging Consultants** | | | | |
| ACCOUNT NO. **1412065**<br>**Radiology Imaging Consultants**<br>**C/O Medical Collections System**<br>**725 South Wells Avenue, Suite 700**<br>**Chicago, IL  60607** | | | medical service | | | | **30.00** |
| ACCOUNT NO.<br>**Medical Collections System**<br>**Suite 700**<br>**725 South Wells Avenue**<br>**Chicago, IL  60607** | | | Assignee or other notification for:<br>**Radiology Imaging Consultants** | | | | |
| ACCOUNT NO. **466016**<br>**Receivables Management, Inc.**<br>**Box 1022**<br>**Wixom, MI  48393-1022** | | | collection | | | | **5,693.30** |
| ACCOUNT NO. **7089577475711**<br>**SBC**<br>**Consumer Bankruptcy Center**<br>**Box 769**<br>**Arlington, TX  76004-0769** | | | telephone service | | | | **778.11** |
| ACCOUNT NO.<br>**Asset Acceptance LLC**<br>**Box 2036**<br>**Warren, MI  48090** | | | Assignee or other notification for:<br>**SBC** | | | | |
| ACCOUNT NO. **0176107621888**<br>**Sears Roebuck & Company**<br>**Box 20363**<br>**Kansas City, MO  64195-0363** | | | charge | | | | **3,943.21** |

Sheet no. **18** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,444.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Allied Interstate** <br> **5th Floor** <br> **3000 Corporate Exchange Drive** <br> **Columbus, OH  43231** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. <br><br> **Capital Management Services** <br> **Suite 700** <br> **726 Exchange Street** <br> **Buffalo, NY  14210** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. <br><br> **Financial Recovery Services, Inc.** <br> **Box 385908** <br> **Minneapolis, MN  55438-5908** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. <br><br> **LVNV Funding LLC** <br> **P.O. Box 10497** <br> **Greenville, SC  29603-0584** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. <br><br> **Resurgent Capital Services** <br> **Box 10587** <br> **Greenville, SC  29603** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. <br><br> **Sherman Acquisitions** <br> **Po Box 740281** <br> **Houston, TX  77274** | | | Assignee or other notification for: **Sears Roebuck & Company** | | | | |
| ACCOUNT NO. **xxx-xx-5563** <br><br> **South Park Dental Care** <br> **Kenneth Johnson, DDS** <br> **438 East 162nd Street** <br> **South Holland, IL  60473** | | | dental service | | | | **247.00** |

Sheet no. ___**19**___ of ___**26**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **247.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.
_____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13402101**<br>**South Suburban Hospital**<br>**17800 Kedzie Avenue**<br>**Hazel Crest, IL  60429** | | | medical service | | | | **1,148.00** |
| ACCOUNT NO.<br>**Collect System**<br>**Suite 618**<br>**8 South Michigan**<br>**Chicago, IL  60603** | | | Assignee or other notification for:<br>South Suburban Hospital | | | | |
| ACCOUNT NO. **5418733**<br>**South Suburban Hospital**<br>**C/O MRSI**<br>**2250 E Devon Ave, Suite 352**<br>**Des Plaines, IL  60018** | | | medical service | | | | **275.00** |
| ACCOUNT NO.<br>**MRSI**<br>**Suite 352**<br>**2250 E Devon Avenue**<br>**Des Plaines, IL  60018** | | | Assignee or other notification for:<br>South Suburban Hospital | | | | |
| ACCOUNT NO. **40648629-0**<br>**South Suburban Hosptal**<br>**17800 Kedzie Avenue**<br>**Hazel Crest, IL  60429** | | | medical service | | | | **1,148.00** |
| ACCOUNT NO. **896SWL**<br>**Southwest Laboratory Physicians, S. C.**<br>**Dept. 77-9288**<br>**Chicago, IL  60678-9288** | | | medical service | | | | **72.00** |
| ACCOUNT NO. **0000896SWL**<br>**Southwest Laboratory Physicians, S.C.**<br>**Dept. 77-9288**<br>**Chicago, IL  60678-9288** | | | medical service | | | | **72.00** |

Sheet no. __**20**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,715.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Daniels, William H.** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **66016** <br> **SSC** <br> **C/O RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | collection | | | | **3,414.00** |
| ACCOUNT NO. <br> **RMI/ MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL  60438** | | | Assignee or other notification for: **SSC** | | | | |
| ACCOUNT NO. **5827653** <br> **St. James Hospital** <br> **C/O Mutual Hospital Services** <br> **2525 N Shadeland Ave Ste** <br> **Indianapolis, IN  46219** | | | medical service | | | | **100.00** |
| ACCOUNT NO. <br> **Mutual Hospital Services** <br> **2525 N Shadeland Ave Ste** <br> **Indianapolis, IN  46219** | | | Assignee or other notification for: **St. James Hospital** | | | | |
| ACCOUNT NO. **85999265000498000** <br> **St. Margaret Mercy** <br> **C/O CB Accounts, Inc.** <br> **1101 Main St Suite** <br> **Peoria, IL  61606** | | | medical service | | | | **113.00** |
| ACCOUNT NO. <br> **CB Accounts, Inc.** <br> **1101 Main St Suite** <br> **Peoria, IL  61606** | | | Assignee or other notification for: **St. Margaret Mercy** | | | | |
| ACCOUNT NO. **1232672-5** <br> **St. Margaret Mercy Healthcare** <br> **35682 Eagle Way** <br> **Chicago, IL  60678** | | | medical service | | | | **1,071.00** |

Sheet no. **21** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **4,698.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CB Accounts, Inc.**<br>**1101 Main Street**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Healthcare | | | | |
| ACCOUNT NO.<br>**St. Margaret Mercy Medical**<br>**C/O CB Accounts, Inc.**<br>**1101 Main Street**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Healthcare | | | | |
| ACCOUNT NO. **3392363**<br>**St. Margaret Mercy Hospital**<br>**C/O Mutual Hospital Collection**<br>**2525 North Shadeland, Suite 101**<br>**Indianapolis, IN 46219** | | | medical service | | | | **842.40** |
| ACCOUNT NO.<br>**Account Management Service**<br>**Box 19617**<br>**Indianapolis, IN 46219-0617** | | | Assignee or other notification for:<br>St. Margaret Mercy Hospital | | | | |
| ACCOUNT NO.<br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | | Assignee or other notification for:<br>St. Margaret Mercy Hospital | | | | |
| ACCOUNT NO.<br>**Pellettieri And Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | Assignee or other notification for:<br>St. Margaret Mercy Hospital | | | | |
| ACCOUNT NO. **85999280000498000**<br>**St. Margaret Mercy Medical**<br>**C/O CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | medical service | | | | **96.00** |

Sheet no. **22** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **938.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.
_____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Medical | | | | |
| ACCOUNT NO. **85999312000498000**<br>**St. Margaret Mercy Medical**<br>**C/O CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | medical service | | | | 80.00 |
| ACCOUNT NO.<br>**CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Medical | | | | |
| ACCOUNT NO. **85999272000498000**<br>**St. Margaret Mercy Medical**<br>**C/O CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | medical service | | | | 73.00 |
| ACCOUNT NO.<br>**CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Medical | | | | |
| ACCOUNT NO. **85999320000498000**<br>**St. Margaret Mercy Medical**<br>**C/O CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | medical service | | | | 61.00 |
| ACCOUNT NO.<br>**CB Accounts, Inc.**<br>**1101 Main St Suite**<br>**Peoria, IL 61606** | | | Assignee or other notification for:<br>St. Margaret Mercy Medical | | | | |

Sheet no. __23__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **214.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **85999298000498000** **St. Margaret Mercy Medical C/O CB Accounts, Inc. 1101 Main St Suite Peoria, IL 61606** | | | **Open account opened 6/06** | | | | **60.00** |
| ACCOUNT NO. **85999305000498000** **St. Margaret Mercy Medical C/O CB Accounts, Inc. 1101 Main St Suite Peoria, IL 61606** | | | **medical service** | | | | **50.00** |
| ACCOUNT NO. **CB Accounts, Inc. 1101 Main St Suite Peoria, IL 61606** | | | **Assignee or other notification for: St. Margaret Mercy Medical** | | | | |
| ACCOUNT NO. **13-8903-288** **State Farm Insurance Company Illinois Office 2702 Ireland Grove Road Bloomington, IL 61709-0001** | X | | **judgment 05 M6 5701** | | | | **3,012.07** |
| ACCOUNT NO. **Chiles And Associates Suite 207 1737 South Naperville Wheaton, IL 60187** | | | **Assignee or other notification for: State Farm Insurance Company** | | | | |
| ACCOUNT NO. **Gary Drust C/O Statefarm Insurance Company 2702 Ireland Grove Road Bloomington, IL 61702** | | | **Assignee or other notification for: State Farm Insurance Company** | | | | |
| ACCOUNT NO. **Illinois Department Of Transportation Division Of Traffic Safety 3215 Executive Park Drive Springfield, IL 62766-0001** | | | **Assignee or other notification for: State Farm Insurance Company** | | | | |

Sheet no. **24** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,122.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Daniels, William H.                                                                        Case No. _____
_____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **06 M1 14348**<br>**Steven Heath**<br>**17618 Baker**<br>**Country Club Hills, IL  60478** | X | | **auto accident; file no. 53934055** | | | | **6,483.03** |
| ACCOUNT NO.<br>**Illinois Deparment Of Transportation**<br>**Division Of Traffic Safety**<br>**3215 Executive Park Drive**<br>**Springfield, IL  62766-0001** | | | **Assignee or other notification for:**<br>**Steven Heath** | | | | |
| ACCOUNT NO.<br>**Illinois Deparment Of Transportation**<br>**Accident Report Office**<br>**3215 Executive Park Drive**<br>**Springfield, IL  62766** | | | **Assignee or other notification for:**<br>**Steven Heath** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Mathein & Rostoker**<br>**662 West Grand Avenue**<br>**Chicago, IL  60610** | | | **Assignee or other notification for:**<br>**Steven Heath** | | | | |
| ACCOUNT NO.<br>**Safety And Financial Responsibility Sect**<br>**2701 South Dirksen Parkway**<br>**Springfield, IL  62723** | | | **Assignee or other notification for:**<br>**Steven Heath** | | | | |
| ACCOUNT NO.<br>**Safeway Insurance Company**<br>**790 Pasquinelli Drive**<br>**Westmont, IL  60559** | | | **Assignee or other notification for:**<br>**Steven Heath** | | | | |
| ACCOUNT NO. **737397**<br>**Suburban Emergency Physicians**<br>**C/O Diversified Company**<br>**3701 South Lindber, Suite 204**<br>**Saint Louis, MO  63127** | | | **medical service** | | | | **19.00** |

Sheet no. ____**25**__ of ____**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             $  **6,502.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                 $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Diversified Company <br> Suite 204 <br> 3701 South Lindber <br> Saint Louis, MO  63127** | | | Assignee or other notification for: <br> **Suburban Emergency Physicians** | | | | |
| ACCOUNT NO. **0761054** <br> **Suburban Emergency Physicians <br> Box 2729 <br> Carol Stream, IL  60132-0001** | | | medical service | | | | 185.00 |
| ACCOUNT NO. **6480641** <br> **T-Mobile <br> Box 742596 <br> Cincinnati, OH  45274-2596** | | | cellular phone service | | | | 284.00 |
| ACCOUNT NO. <br> **Amsher Collection <br> Suite 300 <br> 600 Beacon Pkwy We <br> Birmingham, AL  35209** | | | Assignee or other notification for: <br> **T-Mobile** | | | | |
| ACCOUNT NO. **00037746** <br> **The South Suburban Council Of <br> Alcholholism And Substance Abuse <br> 1909 Checker Square <br> East Hazel Crest, IL  60429** | | | medical service | | | | 1,401.60 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **26** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,870.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **157,638.73**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Daniels, William H.**                                     Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE Daniels, William H. _____   Case No. _____
                          Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jermael Abdullah**<br>**4935 West 187th Street**<br>**Country Club Hills, IL  60478**<br><br>**Khalil K. Daniels**<br>**15137 South Paulina Street**<br>**Harvey, IL**<br><br>**Malikah Daniels**<br>**4935 West 187th Street**<br>**County Club Hills, IL  60478** | **State Farm Insurance Company**<br>**Illinois Office**<br>**2702 Ireland Grove Road**<br>**Bloomington, IL  61709-0001**<br><br>**Steven Heath**<br>**17618 Baker**<br>**Country Club Hills, IL  60478**<br><br>**Chase Manhattan Mortgage**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA  92127** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6I (10/06)

**IN RE** Daniels, William H.
_____
Debtor(s)

Case No. _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son/ Student** | | AGE(S):<br>**18** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Elevator Constructor** | |
| Name of Employer | **Kone** | |
| How long employed | **Twelve Years** | |
| Address of Employer | **One Kone Court**<br>**Moline, IL 61265-1374** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ **5,465.85** | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **5,465.85** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ **1,143.00** | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify)   **Pension** | $ **4.55** | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **1,147.55** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **4,318.30** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **4,318.30** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)   $ **4,318.30**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6J (10/06)

IN RE  Daniels, William H.                                                                    Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $      2,000.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | |
|    b. Is property insurance included?   Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $      250.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $      75.00 |
|    d. Other | $ |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $      350.00 |
| 5. Clothing | $      50.00 |
| 6. Laundry and dry cleaning | $      50.00 |
| 7. Medical and dental expenses | $      50.00 |
| 8. Transportation (not including car payments) | $      289.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $      250.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.
     $      3,364.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

## 20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $      4,318.30 |
|    b. Average monthly expenses from Line 18 above | $      3,364.00 |
|    c. Monthly net income (a. minus b.) | $      954.30 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Daniels, William H.**                                          Case No. _____
                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **41** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 31, 2007** _____    Signature: **/s/ William H. Daniels** _____
                                                        **William H. Daniels**                    Debtor

Date: _____    Signature: _____
                                                                                    (Joint Debtor, if any)
                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 7  (04/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

**Daniels, William H.**                                                Chapter **13**
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
0.00    2007:  approx. $13,500.00;
2006:  approx. $68,700.00; and
2005:  approx. $49,800.00.

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Safeway Insurance Co. v. Williams Daniels et al., 06 M1 014348** | **complaint** | **Circuit Court of Cook County, Municipal Division, First District** | **pending.** |
| **Gary w. Drust v. Jermael Abdullah et al., 05 M6 5701** | **complaint** | **Circuit Court of Cook County, Sixth Municipal District, Markham, Illinois** | **pending.** |
| **Credit Acceptance v. William Daniels, 07 M1 128815** | **complaint** | **Circuit Court of Cook County, Municipal Division, First District** | **pending.** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4935 West 187th Street** | **William H. Daniels** | **07/1993 to 03/2007** |
| **Country Club Hills, IL 60478** | | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 31, 2007** _____     Signature  */s/ William H. Daniels* _____
                                            of Debtor                                                        **William H. Daniels**

Date: _____     Signature _____
                           of Joint Debtor
                           (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only