```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 13692
     WILLIAM DANIELS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-5563


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was not confirmed.

     The case was dismissed without confirmation 11/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                               PAID        PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00           .00          .00
REPUBLIC BANK             SECURED VEHIC       5031.70          .00          .00
D & N BANK                NOTICE ONLY       NOT FILED          .00          .00
INTERNAL REVENUE SERVICE  PRIORITY           3407.36          .00          .00
D PATRICK MULLARKEY       NOTICE ONLY       NOT FILED          .00          .00
DISTRICT COUNSEL          NOTICE ONLY       NOT FILED          .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY          NOT FILED          .00          .00
ADVOCATE SO SUBURBAN HOP  UNSECURED         NOT FILED          .00          .00
ADVOCATE SO SUBURBAN HOP  UNSECURED         NOT FILED          .00          .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED          .00          .00
ASSOCIATED LABORATORY PH  UNSECURED         NOT FILED          .00          .00
ASSET MANAGEMENT          NOTICE ONLY       NOT FILED          .00          .00
BURDYKE INVESTMENT & MAN  UNSECURED         NOT FILED          .00          .00
CALUMET DERMATOLOGY ASSO  UNSECURED         NOT FILED          .00          .00
RMI/MCSI                  NOTICE ONLY       NOT FILED          .00          .00
CARDIAC CONSULTING GROUP  UNSECURED         NOT FILED          .00          .00
CFC DEFICIENCY RECOVERY   UNSECURED         NOT FILED          .00          .00
CHYRSLER FINANCIAL        NOTICE ONLY       NOT FILED          .00          .00
CHRYSLER FINANCIAL CO LL  NOTICE ONLY       NOT FILED          .00          .00
TIBURON FINANCIAL         NOTICE ONLY       NOT FILED          .00          .00
CFC DEFICIENCY RECOVERY   UNSECURED         NOT FILED          .00          .00
CHYRSLER FINANCIAL        NOTICE ONLY       NOT FILED          .00          .00
CHRYSLER FINANCIAL        NOTICE ONLY       NOT FILED          .00          .00
CHRYSLER FINANCIAL CO LL  NOTICE ONLY       NOT FILED          .00          .00
NORTHSTAR LOCATION SERVI  NOTICE ONLY       NOT FILED          .00          .00
CHRISTOPHER KARDASIS MD   UNSECURED         NOT FILED          .00          .00
AT & T WIRELESS           UNSECURED         NOT FILED          .00          .00
AFNI INC                  UNSECURED         NOT FILED          .00          .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED          .00          .00
ARNOLD SCOTT HARRIS       NOTICE ONLY       NOT FILED          .00          .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY       NOT FILED          .00          .00
CITY OF COUNTRY CLUB HIL  UNSECURED         NOT FILED          .00          .00
COLLECTION COMPANY OF AM  NOTICE ONLY       NOT FILED          .00          .00
CITY OF COUNTRY CLUB HIL  UNSECURED         NOT FILED          .00          .00
RMI/MCSI                  NOTICE ONLY       NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13692 WILLIAM DANIELS
```

```
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
RMI/MCSI                 NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
COLLECTO/CREDIT PAC      NOTICE ONLY     NOT FILED             .00          .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00          .00
CREDIT ACCEPTANCE        UNSECURED       NOT FILED             .00          .00
BAKER MILLER MARKOFF & K NOTICE ONLY     NOT FILED             .00          .00
CROSSROADS APT           UNSECURED       NOT FILED             .00          .00
HARVARD COLLECTION SERVI NOTICE ONLY     NOT FILED             .00          .00
ENTERPRISE RENT A CAR    UNSECURED          249.94             .00          .00
CB USA INC               NOTICE ONLY     NOT FILED             .00          .00
GARY W DRUST             UNSECURED       NOT FILED             .00          .00
STATE FARM INSURANCE     NOTICE ONLY     NOT FILED             .00          .00
ROUNDUP FUNDING LLC      UNSECURED         3001.03             .00          .00
HOUSEHOLD  BANK          NOTICE ONLY     NOT FILED             .00          .00
HOUSEHOLD BANK           NOTICE ONLY     NOT FILED             .00          .00
HSBC CARD SERVICES       NOTICE ONLY     NOT FILED             .00          .00
HOUSEHOLD BANK           NOTICE ONLY     NOT FILED             .00          .00
LVNV FUNDING             NOTICE ONLY     NOT FILED             .00          .00
IMPERIAL CREDIT SYSTEMS  UNSECURED       NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
CBCS                     NOTICE ONLY     NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
CBCS                     NOTICE ONLY     NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
PELLETTIERI & ASSOC      NOTICE ONLY     NOT FILED             .00          .00
PELLETTIERI & ASSOCIATES NOTICE ONLY     NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
PELLETTIERI & ASSOC      NOTICE ONLY     NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
VANRU CREDIT             NOTICE ONLY     NOT FILED             .00          .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00          .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 13692 WILLIAM DANIELS

```
VAN RU CREDIT CORPORATIO NOTICE ONLY    NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
DEPENDON COLLECTION SERV NOTICE ONLY    NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
VAN RU CREDIT CORPORATIO NOTICE ONLY    NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
PELLETTIERI & ASSOC      NOTICE ONLY    NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
PELLETTIERI & ASSOC      NOTICE ONLY    NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED                    .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         498.11                    .00            .00
CBCS                     NOTICE ONLY    NOT FILED                    .00            .00
JOEL AKROUSH             UNSECURED      NOT FILED                    .00            .00
LAVERNE HOLMES           UNSECURED      NOT FILED                    .00            .00
ST IL DEPT TRANSPORTATIO NOTICE ONLY    NOT FILED                    .00            .00
SAFETY & FINANCIAL RESP  NOTICE ONLY    NOT FILED                    .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED      NOT FILED                    .00            .00
LOUELLA JOHNSON          UNSECURED            .00                    .00            .00
AMERICAN FREEDOM INSURAN NOTICE ONLY    NOT FILED                    .00            .00
DEPT OF ADMINISTRATIVE H NOTICE ONLY    NOT FILED                    .00            .00
FRANCIS J PHELAN         NOTICE ONLY    NOT FILED                    .00            .00
ST IL DEPT TRANSPORTATIO NOTICE ONLY    NOT FILED                    .00            .00
IL SECRETARY OF STATE    NOTICE ONLY    NOT FILED                    .00            .00
DEPT OF ADMINISTRATION H NOTICE ONLY    NOT FILED                    .00            .00
NEUROLOGY ASSOCIATES LTD NOTICE ONLY    NOT FILED                    .00            .00
RMI/MCSI                 UNSECURED         6203.35                   .00            .00
ROBERT G MICHAELS & ASSO UNSECURED      NOT FILED                    .00            .00
NEW LENOX FIRE & AMBULAN UNSECURED      NOT FILED                    .00            .00
NORTHSTAR LOCATION SERVI UNSECURED      NOT FILED                    .00            .00
OAK FOREST HOSPITAL      UNSECURED      NOT FILED                    .00            .00
OAKLAWN RADIOLOGY IMAGIN UNSECURED      NOT FILED                    .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED      NOT FILED                    .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED      NOT FILED                    .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED      NOT FILED                    .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED      NOT FILED                    .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED      NOT FILED                    .00            .00
QUEST DIAGNOSTICS        UNSECURED      NOT FILED                    .00            .00
RADIOLOGY CENTER         UNSECURED      NOT FILED                    .00            .00
MEDICAL COLLECTIONS SYS  NOTICE ONLY    NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL UNSECURED      NOT FILED                    .00            .00
MEDICAL COLLECTIONS SYS  NOTICE ONLY    NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL UNSECURED      NOT FILED                    .00            .00
MEDICAL COLLECTIONS SYS  NOTICE ONLY    NOT FILED                    .00            .00
```

PAGE   3 - CONTINUED ON NEXT PAGE
             CASE NO. 07 B 13692 WILLIAM DANIELS

```
RECEIVABLES MANAGEMENT     UNSECURED       NOT FILED                   .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED                   .00           .00
ASSET ACCEPTANCE LLC       NOTICE ONLY     NOT FILED                   .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3526.66                   .00           .00
ALLIED INTERSTATE          NOTICE ONLY     NOT FILED                   .00           .00
CAPITOL MANAGEMENT SERVI   NOTICE ONLY     NOT FILED                   .00           .00
FINANICAL RECOVERY SERVI   NOTICE ONLY     NOT FILED                   .00           .00
LVNV FUNDING               NOTICE ONLY     NOT FILED                   .00           .00
RESURGENT CAPITAL SERVIC   NOTICE ONLY     NOT FILED                   .00           .00
SHERMAN ACQUISITION        NOTICE ONLY     NOT FILED                   .00           .00
SOUTH PARK DENTAL CARE     NOTICE ONLY     NOT FILED                   .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED                   .00           .00
COLLECTION SYSTEMS INC     NOTICE ONLY     NOT FILED                   .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED                   .00           .00
MRSI                       NOTICE ONLY     NOT FILED                   .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED                   .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED                   .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED                   .00           .00
SSC                        UNSECURED       NOT FILED                   .00           .00
RMI/MCSI                   NOTICE ONLY     NOT FILED                   .00           .00
ST JAMES HOSPITAL          UNSECURED       NOT FILED                   .00           .00
MUTUAL HOSPITAL COLLECTI   NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED          532.20                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY HEALTH   UNSECURED       NOT FILED                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
ACCOUNT MANAGEMENT SERVI   NOTICE ONLY     NOT FILED                   .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY     NOT FILED                   .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
CHASE HOME FINANCE LLC     SECURED NOT I         .00                   .00           .00
T-MOBILE USA               UNSECURED           84.28                   .00           .00
AMERICAN FREEDOM INSURAN   UNSECURED         2927.87                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
ST MARGARET MERCY          UNSECURED       NOT FILED                   .00           .00
CREDIT BUREAU ACCOUNTS     NOTICE ONLY     NOT FILED                   .00           .00
STATE FARM INSURANCE       NOTICE ONLY     NOT FILED                   .00           .00
CHILES & ASSOCS            NOTICE ONLY     NOT FILED                   .00           .00
GARY DRUST                 NOTICE ONLY     NOT FILED                   .00           .00
ST IL DEPT TRANSPORTATIO   NOTICE ONLY     NOT FILED                   .00           .00
```

              PAGE  4 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 13692 WILLIAM DANIELS

```
STEVEN HEATH              UNSECURED      NOT FILED           .00         .00
ST IL DEPT TRANSPORTATIO  NOTICE ONLY    NOT FILED           .00         .00
ST IL DEPT TRANSPORTATIO  NOTICE ONLY    NOT FILED           .00         .00
MATHEIN & ROSTOKER PC     NOTICE ONLY    NOT FILED           .00         .00
SAFETY & FINANCIAL RESP   NOTICE ONLY    NOT FILED           .00         .00
SAFEWAY INSURANCE         NOTICE ONLY    NOT FILED           .00         .00
SUBURBAN EMERGENCY        UNSECURED      NOT FILED           .00         .00
DIVERSIFIED CREDIT SERVI  NOTICE ONLY    NOT FILED           .00         .00
SOUTH EMERGENCY PHYSICIA  UNSECURED      NOT FILED           .00         .00
T MOBILE                  UNSECURED      NOT FILED           .00         .00
AMSHER COLL               NOTICE ONLY    NOT FILED           .00         .00
SOUTH SUBURBAB COUNCIL    UNSECURED        3414.46           .00         .00
JERMAEL ABDULLAH          NOTICE ONLY    NOT FILED           .00         .00
KHALIL K DANIELS          NOTICE ONLY    NOT FILED           .00         .00
MILIKAH DANIELS           NOTICE ONLY    NOT FILED           .00         .00
MATHEIN & ROSTOKER PC     UNSECURED        3267.72           .00         .00
INTERNAL REVENUE SERVICE  UNSECURED          62.51           .00         .00
TIMOTHY K LIOU            DEBTOR ATTY     2,555.20                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00
```

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 |  |
| PRIORITY |  | .00 |
| SECURED |  | .00 |
| UNSECURED |  | .00 |
| ADMINISTRATIVE |  | .00 |
| TRUSTEE COMPENSATION |  | .00 |
| DEBTOR REFUND |  | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   5
CASE NO. 07 B 13692 WILLIAM DANIELS